PER CURIAM.
Affirmed. See, Holton v. City of Bartow, 68 So.2d 385 (Fla.1953); Avcy v. City of West Palm Beach, 152 Fla. 717, 12 So.2d 881 (1943); Gordon v. City of West Palm Beach, 4th DCA Fla., 321 So.2d 78, opinion filed October 10, 1975; Clifton v. City of Ft. Pierce, 4th DCA Fla., 319 So.2d 195, opinion filed September 12, 1975; City of Tampa v. Davis, 226 So.2d 450 (2nd DCA Fla.1969); Raven v. Coates, 125 So.2d 770 (3rd DCA Fla.1961).
WALDEN, C. J., and CROSS and OWEN, JJ., concur.